IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 14-323-8 |
| BREON BURTON | : | |

**ORDER**

This 1st day of October, 2015, it is **ORDERED** that Defendant Breon Burton can join in co-defendant's pretrial motions.

      /s/ Gerald Austin McHugh
      Gerald Austin McHugh
      United States District Judge